ORDERED.

Dated: April 23, 2013



**Eileen W. Hollowell, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| ROBERT L. WILSON, | ) | Case No. 4:10-bk-35827-EWH |
| | ) | |
| | ) | **ORDER SUSTAINING** |
| | ) | **TRUSTEE'S OBJECTION TO** |
| Debtor(s). | ) | **PROOF OF CLAIM NO. 10** |
| | ) | |

Trudy A. Nowak, Chapter 7 Trustee, having objected to the Claim referenced above; and the Trustee having duly noticed her Objection to the Claimant as shown in the Objection; and the Claimant having failed to file and serve a Response; and the time for the filing and serving of Responses having passed; and good cause appearing,

IT IS ORDERED:

A. Trustee's Objection is sustained; and

B. The Claim referenced above is disallowed.

DATED AND SIGNED ABOVE